**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Daniel Earl Kaighn

RECEIVED
OCT - 5 2016
AT 8:30
WILLIAM T. WALSH CLERK ____M

*(In the space above enter the full name(s) of the plaintiff(s).)*

**- against -**

Gloucester County Sheriffs
Dept. - Corrections

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

16 - 6499 NLH
KMW

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number.  Do the same for any additional   plaintiffs named.  Attach
additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | Daniel Earl Kaishn |
| | Street Address | 510 Liberty St. |
| | County, City | CAMDEN, Camden City |
| | State & Zip Code | N.J. 08104 |
| | Telephone Number | 856-583-2220 |

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name Gloucester County Sheriffs Dept

Street Address 2. S. Broad St  Po Box 316

County, City Gloucester , Woodbury

State & Zip Code  N.J.  08096

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal Questions      [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff      [x] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Violation of Civil Right - Right to Not be subjected to Cruel and unusual punishment

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the <u>facts </u>of your case.  Describe how <u>each </u>of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? Gloucester County Justice Complex 70 Hunter St. Woodbury, NJ.

B.    What date and approximate time did the events giving rise to your claim(s) occur? Multiple times from 3/4/15 through 4/15/2016

| | |
|---|---|
| What happened to you? | C.    Facts: Was left in a 3 point restraint for 12-14 hrs or more while detained in a Holding cell. Not given any opportunity to be released for bowel movements, water or food. Restraints were never removed! |
| Who did what? | Gloucester County Sheriffs |
| Was anyone else involved? | Other inmates |
| Who else saw what happened? | Other inmates |

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Injuries to wrists, ankles and back. Nerve damage and emotional stress. Anxiety

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Seeking punitive damage, Compensation for any medical procedures due to injurys and Mental Health.

- 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __3__ day of __October_____, 20__16__.

Signature of Plaintiff _Daniel Kaighn_

Mailing Address _510 Liberty St._

_Camden, N.J_

_08104_

Telephone Number _856 - 583 - 2220_

Fax Number *(if you have one)* _____

E-mail Address ~~danielkaighn@gmail.com~~

Kaighndaniel@smail.com

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Daniel Kaighn_